# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154764(77)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

LONNIE JAMES ARNOLD,
    Defendant-Appellee.
_____/

SC: 154764
COA: 325407
Monroe CC: 13-040406-FH

On order of the Chief Justice, the motion of Christian Phillip Margosian to file a brief amicus curiae is GRANTED.  The amicus brief submitted on July 17, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk